UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**ROY RIDDLE,**

    **Plaintiff,**                               Case 4:16-cv-00414-MW-CAS

**v.**

**FLORIDA DEPARTMENT
OF CHILDREN AND FAMILIES,**

    **Defendant.**
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, ROY RIDDLE, and Defendant, FLORIDA DEPARTMENT OF CHILDREN AND FAMILIES (DCF), pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), and by and through their undersigned counsel, hereby jointly stipulate to the dismissal with prejudice of all claims asserted in this action against Defendant, with each side to bear their own fees and costs.

Respectfully submitted this 12th day of October, 2016.

**/s/ Jim Garrity            .**
Jim Garrity, FBN: 539211
310 East Bradford Road
Tallahassee, Florida 32303
Telephone: (850) 383-4800
Facsimile: (850) 383-4801
E-Mail: jim@mattoxlaw.com

ATTORNEYS FOR PLAINTIFF

**/s/ Laura Beth Faragasso            **
Laura Beth Faragasso;  FBN: 654604
E-Mail: lbfaragasso@henryblaw.com
Miriam R. Coles; FBN:  58402
mcoles@henryblaw.com
Henry Buchanan P.A.
P.O. Box 14079
Tallahassee FL 32317-4079
Telephone: (850) 222-2920
Facsimile: (850) 224-0034
E-Mail: lbfaragasso@henryblaw.com

ATTORNEYS FOR DEFENDANT